UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JAMES J. SILVA, et al. | : | |
| | : | |
| v. | : | C.A. 05-08T |
| | : | |
| A.T. WALL, Director, Rhode Island Department of Corrections, et al. | : | |

**MEMORANDUM AND ORDER**

In this matter, the Plaintiff, James J. Silva ("Silva"), filed an Application to Proceed Without Prepayment of Fees and Affidavit on January 10, 2005 (the "Application"). The Application has been referred to me for determination. 28 U.S.C. § 636(b)(1)(A); Local Rule 32(b). The Application contains a "Notice to Prisoner" portion which directs an incarcerated applicant to obtain a statement certified by an "appropriate institutional officer" of "all receipts, expenditures, and balances during the last six months in your institutional accounts."

In the Application, Silva indicated that he is incarcerated at the Adult Correctional Institution ("ACI") in Cranston, Rhode Island, that he is not employed at the ACI, and has received no income in the last twelve (12) months. Silva failed, however, to attach a certified statement of his institutional accounts. This process is not new to Silva. In recent months, Silva has been through this process at least twice in this Court. In C.A. 04-170S, Silva submitted the required documentation and his Application was promptly granted due, in part, to his having "a negative balance in his inmate account." In C.A. 04-361ML, Silva did not initially submit the required documentation and a ruling on his Application in that case was delayed for over three months until he did so. The fact that Silva's Applications have been granted in prior cases does not excuse Silva

SCANNED

3

in this case from making a full and complete submission of financial information in support of his current pending Application.

This Court cannot determine whether Silva qualifies to have his Application granted in this case until the proper and updated documentation is received. As stated in the Application, Silva must submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in [his] institutional accounts."

Silva must file the proper documentation concerning his inmate account on or before **February 15, 2005** or risk having his Application denied and this matter dismissed.

So ordered.

ENTER:

LINCOLN D. ALMOND
United States Magistrate Judge
January 18, 2005

BY ORDER:

Deputy Clerk