UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND.

James J. Silva et, al.

v. CA. 05-08T

A.T. Wall, Director, Rhode Island

Department of Corrections, et, al.

Response To Memorandum and Order

Motion To Enlarge Time.

Affidavit.

Pursuant To Federal R. App. P. 24 (a)(3) if I have been approved To proceed I.F.P. in The U.S. District Court I am automatically approved in The U.S. Court of Appeals. 04-361-ML; 04-170-S, 04-2640, 05-1066 have all been approved Forma Pauperis. My Financial Status has not changed.

- I am having evidence witheld from The Courts;
- I am being denied Services, such as photo copies or Notary.
- My mail is being Tampered with and another investigation is ongoing.

However, as per Magistrate Almond's Order I immediately sent To inmate accounts for The required information, Again.

Wherefore, Petitioner moves This Honorable U.S. District Court To Enlarge The Time period in which To supply These documents up To and including March 1ST 2005.

Respectfully Submitted,

January 23rd 2004.

[signature]

4

(over) →

FILED 2005 JAN 28 A 11:11

Certification.

I do hereby Certify That on This The 23rd day of January 2005 I did mail A verbatim Copy of This document To The Office Of The Attorney General, 150 South Main St, Providence, RI. 02903.

James J. Silva - 66350
F.S.C. D-309-Bottom
P.O. Box 8249
Cranston, RI.
02920

FILED
005 JAN 28 A 11:41
U.S. DISTRICT
ISTRICT OF RHODE

Note: Dear Clerk, Could you please send me Two Current Civil Docket Reports

04-170 S

04-361 ML.

Thank you.