Referred to U.S.M.J. Almond
☐ for findings & recommendations
☑ for determination
Ernest C. Torres, Chief Judge
Date: 1/31/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

James J. Silva et, al.

v.

CA. 05-08T

A. T. Wall, Director, Rhode Island
Department of Corrections, et, al.

Response To Memorandum and Order
Motion To Enlarge Time.
Affidavit.

Pursuant To Federal R. App. P. 24 (a)(3) if I have been approved To proceed I.F.P. in The U.S. District Court I am automatically approved in The U.S. Court of Appeals. 04-361-ML; 04-170-S, 04-2640, 05-1066, have all been approved Forma Pauperis. My Financial Status has not changed.

- I am having evidence witheld from The Courts,
- I am being denied Services, such as photo copies or Notary.
- My mail is being Tampered with and another investigation is ongoing.

However, as per Magistrate Almond's Order I immediately sent To inmate Accounts for The required information, Again.

Wherefore, Petitioner moves This Honorable U.S. District Court To Enlarge The Time period in which To supply These documents up To and including March 1st 2005.

Respectfully
Submitted,

January 23rd 2004.

James J. Silva

(over)

1/31/05: Petitioner must file the proper documentation concerning his inmate account on or before 3/1/05.
[signature]
USMJ