UNITED STATES DISTRICT COURT 

DISTRICT OF RHODE ISLAND

James J. Silva et, als CASE # 05-008 T

V.

A.T. Wall, Director, Rhode Island
Department of Corrections et, al.

Motion To Enlarge Time.
Motion For An Order.

On or about 1-23-2005 Petitioner filed a Motion to Enlarge The Time period in which he had to supply The Court with his inmate account information needed to proceed in Forma-Pauperis.

In This motion petitioner informed The Court That evidence was being witheld by The Rhode Island Courts, he was being denied services such as photocopies and Notarial, That his mail was being Tampered with and That another investigation was allegedly ongoing.

This petitioner's request to inmate accounts to fill out The Affidavit in/re to his inmate account balance for The last 6 months, The Computer printouts, and The Certification have merited No response as of This date February 16th 2005 almost an entire month later.

Wherefore, Petitioner moves This Honorable U.S. District Court for The following relief.

(a) Enlarge The Time period up to and including April 1st 2005.

(6)

over →

Page 2 of 2

FILED
2005 FEB 22 A 11:
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

(b) An Order, Ordering A.T. Wall and inmate accounts To provide petitioner with the following:

1- Certified proof of Petitioner's inmate accounts transactions for the last 6 months.
2 - A Certified Copy of The Affidavit forwarded to inmate accounts.
3 - That This be done within 10 bussiness days of issuance of The Order.
4 - please supply me with 2 Copies.

Wherefore, Petitioner moves This Honorable Court grant This and any other such and further relief deemed meet and just under The prevailing circumstances.

February 16th 2005

Respectfully Submitted,

[signature]

Certification.

I. do hereby Certify That on This The 16th day of February, 2005, I did mail a verbatim hand written copy of This Motion To The Office Of The Attorney General, 150 S. Main St, Prov, RI. 02903

[signature]