CA 05-008T

# INDIGENCY FORM / INMATE ACCOUNTS

Instructions: Any inmate requesting indigency status must first send this form to the Adult Correctional Institution Inmate Accounts Department to be filed out. After the form is complete, it is to be forwarded to the Rhode Island Family Court along with all other indigency forms.

INMATE NAME James J. Silva

SOCIAL SECURITY NUMBER 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

~~DATE OF BIRTH~~ 5-5-53

BUILDING I.S.C.

---

This portion is to be filled out by the Inmate Accounts Department:

CERTIFICATE

I certify that the applicant named herein has the sum of $ —1,222.74 on account to his/her credit at (name of institution) Adult Correctional Institute

I further certify that the applicant has the following securities to his/her credit __________ . I further certify that during the past six months the applicant's average balance was $ —1,172.67 .

02/08/05
Date

[signature]
Signature of Authorized Officer



7

1-20-05

Inmate Accounts,

Could you please fill out this form, send me proof of my last 6 months transactions, and certify this info if possible.

This is for the Courts.

Thank you.

James J. Silva. 66350
FSC. D-209- Bottom
PO. Box 8249
Cranston, RI.
02920

[signature]

# Rhode Island Departement of Corrections

Inmate Statment for 8/1/2004 - 2/8/2005

Name: SILVA, JAMES J

Balances as of 2/8/2005 :

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 0.00 | -1,227.50 | 4.76 | -1,222.74 |

Account activity:

| Date | Transaction Type | Transaction Description | Amount | Resulting Balances: Available | Debt | Encumbered |
|---|---|---|---|---|---|---|
| 8/4/2004 | LEGAL COPY | LEGAL COPIES BERNANDET LAW LIB | 0.85 | 0.00 | 1,098.40 | 4.76 |
| 8/23/2004 | LEGAL COPY | MAX LEGAL COPIES 5-17 7-8 | 36.90 | 0.00 | 1,135.30 | 4.76 |
| 10/7/2004 | LEGAL COPY | LEGAL COPIES BERNADETTE | 35.90 | 0.00 | 1,171.20 | 4.76 |
| 10/25/2004 | BALFWD | INITIAL DEPOSIT - REINSTATE | 0.00 | 0.00 | 1,171.20 | 4.76 |
| 11/12/2004 | LEGAL COPY | LEGAL COPIES MED SEC | 27.70 | 0.00 | 1,198.90 | 4.76 |
| 12/22/2004 | LEGAL COPY | LEGAL COPY | 11.25 | 0.00 | 1,210.15 | 4.76 |
| 1/10/2005 | LEGAL COPY | LEGAL COPIES 12-04 | 3.55 | 0.00 | 1,213.70 | 4.76 |
| 2/4/2005 | LEGAL COPY | LEGAL COPIES BERN LAW LIB 1-05 | 13.80 | 0.00 | 1,227.50 | 4.76 |

Due to computer posting the 'Balances as of 2/8/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.