UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

2/25/05

James J. Silva et, al,

V.

A.T. Wall, Director, Rhode Island Department of Corrections et, al.

CASE # 05-008 T

FILED

FEB 22 2005

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Motion To Enlarge Time.
Motion For An Order.

On or about 1-23-2005 Petitioner filed a Motion To Enlarge The Time period in which he had to supply The Court with his inmate account information needed to proceed in Forma-Pauperis.

In This motion petitioner informed The Court That evidence was being witheld by The Rhode Island Courts, he was being denied services such as photocopies and Notarial, That his mail was being Tampered with and That another investigation was allegedly ongoing.

This petitioner's request to inmate accounts to fill out The Affidavit in/re To his inmate account balance for The last 6 months, The Computer printouts, and The Certification have merited No response as of This date February 16th 2005. Almost an entire month later.

Wherefore, Petitioner moves This Honorable U.S. District Court for The following relief.

(a) Enlarge The Time period up To and including April 1st 2005.

8

3/2/05: MOTION TO ENLARGE TIME TO 4/1/05 GRANTED; MOTION FOR AN ORDER DENIED.

USMJ