page 1 of 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND.

James J. Silva and the
Inmates of the A.C.I.

v. CASE # 05-008 T.

A.T. Wall, Director of Prisons,
Michael B. Grant, and
Deputy David Caruso, et al.

MOTION TO ENLARGE TIME

Now comes the Plaintiffs, James J. Silva and Peter Leblanc, et al. and hereby move this Honorable U.S. District Court for the District of Rhode Island to Enlarge the time period in which to serve defendants up to and including June 10th 2005.

In support of this motion Plaintiff offers the following:

- This Plaintiff is prose in numerous Civil and Criminal actions. At this time the Department of Corrections is only allowing him 20 legal photocopies per week which he doesn't allways recieve. And as such priorities have to placed on their use.

- Plaintiff is normally allowed 3 visits to the Law library per week for researching and typing which may be cut short or denied by feedings, store orders, lockdowns, or Hospital Runs. Also needs to be used according to priority.

9

Plaintiff is litigating the following actions at this Time:

(1)- A § 2254 petition. case # 04-361-S

(2)- A § 2254 petition case # 04-170-S

(3)- A pre-Trial § 2254 Petition. case # 05-109-S

(4)- A Criminal Prosecution Under 18 U.S.C. § 241 § 242 case # 05-148 ML.

(5)- A Prisoner's Rights Action, Writ of Mandamus, case # 05-008-T.

(6)- Court of Appeals case # 04-2640

(7)- 2 Rhode Island Family Court Actions Case #s P02-0059A and P02-2668.

(8)- 5 direct appeals to The Rhode Island Supreme Court, (01-527-CA)(No case # assigned yet)(2 appeals from post conviction Relief Case #s- PM02-3240 PM03-1352) and a (Writ of Mandamus case # 05-1116)

(9)- Plaintiff also is in The process of preparing for Trial and argueing pre-Trial motions in The Providence Superior Court on case #s - P204-3106A and P205-0562.

Due To The press of all These matters and Taking into consideration all The circumstances Plaintiff moves This Honorable grant This and any other such and further relief deemed meet and Just.

April 25th 2005.

Respectfully
Submitted

[signature]

Certification.

I do hereby certify that on this the 26th day of April 2005 I did mail a verbatim hand written copy of this motion to Michael B. Grant counsel for Defendants.

April 25th 2005.

[signature]

James J Silva - 66350
FSC. H-225-Bottom
PO. Box 8249
Cranston, RI
02920