Page 1 of 3

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND.

FILED
APR 28 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

James J. Silva and The
Inmates of The ISC.

v.

A. T. Wall, Director of Prisons,
Michael B. Grant, And
Deputy David Caruso, et al.

Case # 05-008 T.

Referred to U.S.M.J. Almond
☐ for findings & recommendations
☒ for determination
Ernest C. Torres, Chief Judge
Date: 4/29/05

6/1/05: GRANTED IN VIEW OF THIS COURT'S RECENT ORDER GRANTING "IFP" STATUS TO PLAINTIFF UNDER 28 U.S.C. § 1915.
USMJ

## Motion To Enlarge Time

Now comes The Plaintiffs, James J. Silva and Peter Leblanc, et al. and hereby move This Honorable U.S. District Court for The District of Rhode Island To Enlarge The Time period in which To serve defendants up To and including June 10th 2005.

In support of This motion Plaintiff offers The following:

- This Plaintiff is pro/se in numerous Civil and Criminal Actions. At This Time The Department of Corrections is only allowing him 20 legal photocopies per week which he doesn't allways recieve. And as such priorities have To placed on Their use.

- Plaintiff is normally allowed 3 visits To The Law library per week for researching and Typing which may be cut short or denied by Feedings, Store orders, lockdowns, or Hospital Runs. Also needs To be used according To priority.

SCANNED