UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAMES J. SILVA,
Plaintiff

v. CA No. 05-08T

A.T. WALL, ET AL.,
Defendants

**ORDER OF DISMISSAL**

On November 28th, 2006 this Court issued an order directing the plaintiff to show cause, on or before December 29th, 2006, why this case should not be dismissed for lack of prosecution, namely, failure to serve the complaint within 120 days after the filing of the complaint. The Court, having received no response from the Plaintiff to the Show Cause Order, hereby dismisses the matter without prejudice.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge

Date: 1/9/07